Robert R. Pohls (California Bar #131021)
Stacey L. Leask (California Bar #233281)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California  94583
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorneys for Defendant
**State Farm Life Insurance Company**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA GRANT, As the Executrix of the Estate of George Grant,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY, and DOES 1 - 100, inclusive,<br><br>Defendant. | Case No.  2:05-CV-02389-FCD-KJM<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY CUT-OFF FOR LIMITED PURPOSES** |

WHEREAS, the Court previously entered a Status (Pretrial Scheduling) Order which directed the parties to complete their discovery herein by December 29, 2006; and

WHEREAS, the plaintiff has scheduled the deposition of two witnesses who live and work in Illinois for December 22, 2006 and defendant has scheduled the plaintiff's deposition for December 29, 2006; and

WHEREAS, the plaintiff also wishes to schedule the deposition of a law enforcement officer for a date before the discovery cut-off; and

WHEREAS, the upcoming holidays will greatly complicate the parties' abilities to complete those depositions by December 29, 2006; and

WHEREAS, plaintiff's lead attorney is scheduled to have surgery in January 2007 which his physician advises should not be postponed and, in any event, will require him to have several weeks' time to recover;

IT IS HEREBY STIPULATED, by and between the parties, through their respective attorneys of record herein, that:

1. The discovery cut-off prescribed in the Status (Pretrial Scheduling) Order previously entered herein be extended from December 29, 2006 through March 31, 2007 for the limited purpose of completing plaintiff's deposition, the depositions of Sandra Nottenkamper and Doreen Oettel, and the deposition of Detective DeWall; and

2. With respect to any and all other discovery, the deadline(s) prescribed in the Status (Pretrial Scheduling) Order previously entered herein remain unchanged.

IT IS SO STIPULATED.

**POHLS & ASSOCIATES**

DATED:  December ___, 2006

Robert R. Pohls
Stacey L. Leask
Attorneys for Defendant
**State Farm Life Insurance Company**

IT IS SO STIPULATED.

**LAW OFFICES OF TIM A. PORI**

DATED:  December ___, 2006

Tim A. Pori
Attorneys for Plaintiff **Donna Grant,**
**As Executrix of the Estate of George Grant**

**ORDER**

IT IS SO ORDERED.

DATED: December 13, 2006

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

**STIPULATION AND ORDER EXTENDING**
**DISCOVERY CUT-OFF FOR LIMITED PURPOSES**
Case No. 2:05-CV-02389-FDC-KJM                                                                 Page 2