**Daniel J. Russo (SBN 077991)**
MORTON & RUSSO, LLP
521 Georgia Street
Vallejo, CA   94590
Tel: (707) 644-4004

**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Tel: (707) 644-4004

Attorneys for Plaintiff DONNA GRANT
as Executrix of the Estate of George Grant

**Robert R. Pohls (SBN 131021)**
POHLS & ASSOCIATES
12657 Alcosta Blvd. #150
San Ramon,CA   94583
Tel: (925) 973-0300

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA GRANT, As Executrix of the Estate of George Grant,<br><br>            Plaintiff,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY,<br><br>            Defendant.<br>_____/ | Case No.  05-02389 FCD/KJM<br><br>**STIPULATION, REQUEST AND ORDER TO EXTEND EXPERT DISCLOSURE, EXPERT DISCOVERY AND DATE FOR HEARING DISPOSITIVE MOTIONS** |

   The above-named parties and their respective attorneys respectfully request modification of the Pretrial Scheduling Order to extend the date for disclosure of experts, expert discovery cut-off, and date for hearing of dispositive motions.

   The date for disclosure of experts is currently ordered for January 12, 2007.  The parties propose that the date for expert disclosure be set for February 12, 2007.

   Given that this extension will effect the parties' ability to conduct expert discovery by the current cut-off date of March 5, 2007, the parties further request that expert discovery be extended through and including April 5, 2007, and that the date for hearing dispositive motions

be continued from May 11, 2007, to June 11, 2007.

Good cause exists for these extensions because one of Plaintiff's attorneys of record, Tim A. Pori, has been diagnosed with cancer requiring chemotherapy treatments and major surgery in February or March, 2007, and Plaintiff's new co-counsel, Daniel J. Russo, is a criminal law specialist with criminal trials set throughout the month of February, 2007.

MORTON & RUSSO, LLP

Dated:  January 8, 2007          By:     /s/   Daniel J. Russo
                                         DANIEL J. RUSSO
                                         Attorney for Plaintiff DONNA GRANT
                                         As Executrix of the Estate of George Grant

POHLS & ASSOCIATES

Dated: January 9, 2007.           By:     /s/   Robert R. Pohls
                                         ROBERT R. POHLS
                                         Attorney for Defendant STATE FARM
                                         LIFE INSURANCE COMPANY

**ORDER**

Based on this Stipulation and good cause having been shown,

IT IS HEREBY ORDERED that the current Pretrial Scheduling Order dates are continued as follows:

|  | CURRENT DATE | NEW DATE |
| --- | --- | --- |
| Expert Disclosure | January 12, 2007 | February 12, 2007 |
| Expert Discovery Cut-off | March 5, 2007 | April 5, 2007 |
| Hearing on Dispositive Motions | May 11, 2007 | June 22, 2007 |

In light of these extensions conflicts now exist with the court's calendar and the remaining dates as set in the Pretrial Scheduling Order filed February 8, 2006.  Accordingly, the final pretrial conference is RESET for August 24, 2007 at 2:30 p.m.  The joint pretrial statement shall be filed by August 17, 2007.  The jury trial is RESET for October 30, 2007 at 9:00 a.m.

Dated: January 11, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2