Robert R. Pohls (California Bar #131021)
Stacey L. Leask (California Bar #233281)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California  94583
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorneys for Defendant
**State Farm Life Insurance Company**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA GRANT, As the Executrix of the Estate of George Grant,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM LIFE INSURANCE COMPANY, and DOES 1 - 100, inclusive,<br><br>Defendant. | Case No.  2:05-CV-02389-FCD-KJM<br><br>**STIPULATION AND ORDER EXTENDING EXPERT DISCLOSURES AND EXPERT DISCOVERY CUT-OFF**<br><br>**"AS MODIFIED"** |

WHEREAS, the Court previously entered an Order extending the date for the parties to disclose expert witnesses from January 12, 2007 to and including February 12, 2007; and

WHEREAS, the Court previously entered an Order extending the date for the parties to complete expert discovery from March 5, 2007 to and including April 5, 2007; and

WHEREAS, the parties are awaiting further written discovery responses from one another; and

WHEREAS, the plaintiff has scheduled the depositions of two witnesses (Sandra Nottenkamper and Doreen Oettel) for March 14, 2007, and defendant has scheduled plaintiff's deposition for March 5, 2007; and

WHEREAS, the parties' respective expert witnesses may not be able to evaluate the relevant issues in this case to provide meaningful Rule 26(f) reports and opinions until the non-expert discovery identified above has been completed;

IT IS HEREBY STIPULATED, by and between the parties, through their respective attorneys of record herein, that:

1. The expert disclosure date of February 12, 2007 be extended to and including April 1, 2007;

2. The date for disclosure of rebuttal experts (if any) be extended to and including April 30, 2007; and

3. The expert discovery cut-off date of April 5, 2007 be extended to and including May 31, 2007.

4. In light of the above modifications a conflict now exists with the court's previously set dispositive motion deadline.  Therefore, the last day in which dispositive motion may be heard is RESET for July 13, 2007.  All other pretrial dates shall remain as set.

**POHLS & ASSOCIATES**

DATED:  February 12, 2007

Robert R. Pohls
Stacey L. Leask
Attorneys for Defendant
**State Farm Life Insurance Company**

IT IS SO STIPULATED.

**LAW OFFICES OF TIM A. PORI**

/S/

DATED:  February 12, 2007

Tim A. Pori
Daniel J. Russo
Attorneys for Plaintiff **Donna Grant,
As Executrix of the Estate of George Grant**

IT IS SO ORDERED.

DATED: February 14, 2007

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE