Robert R. Pohls (California Bar #131021)
Stacey L. Leask (California Bar #233281)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California  94583
Telephone:  (925) 973-0300
Facsimile:  (925) 973-0330

Attorneys for Defendant **State Farm Life Insurance Company**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA GRANT, As Executrix of the Estate of George Grant,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>STATE FARM LIFE INSURANCE COMPANY, and DOES 1 - 100, inclusive,<br><br>　　　　　Defendant. | Case No.  2:05-CV-02389-FCD-KJM<br><br>**STIPULATION AND ORDER EXTENDING EXPERT DISCOVERY CUT-OFF, DEADLINE FOR HEARING DISPOSITIVE MOTIONS AND FINAL PRETRIAL CONFERENCE** |

　　　　WHEREAS, the Court previously entered an Order extending the date for the parties to complete expert discovery from April 5, 2007 to and including May 31, 2007; and

　　　　WHEREAS, due to conflicts between the witnesses' calendars and those of the attorneys of record herein, the parties were unable to depose the several designated expert witnesses by the May 31, 2007 cut-off date; and

　　　　WHEREAS, the parties have scheduled the depositions of all designated experts for dates on or before July 13, 2007 and genuinely anticipate concluding those depositions on or before that date; and

　　　　WHEREAS, the Court previously entered an Order directing that any dispositive motions be heard on or before July 13, 2007; and

　　　　WHEREAS, the parties agree that no dispositive motions should be filed herein until after the depositions of all designated experts have been concluded; and

**STIPULATION AND ORDER EXTENDING EXPERT DISCOVERY CUT-OFF, DEADLINE FOR HEARING DISPOSITIVE MOTIONS AND FINAL PRETRIAL CONFERENCE**
Case No.  2:05-CV-02389-FCD-KJM                                                                                        Page 1

WHEREAS, the Court previously entered an Order scheduling the Final Pretrial Conference herein for August 24, 2007; and

WHEREAS, the parties agree that the Final Pretrial Conference and related preparations should be deferred until after the Court has considered and ruled on any dispositive motions which may be filed herein; and

WHEREAS, the Court previously entered an Order directing that the Trial of this action begin on October 30, 2007;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys of record herein, that:

1. The expert discovery cut-off be extended to and including July 13, 2007; and
2. The date by which dispositive motions must be heard be extended to and including August 24, 2007 (such that any dispositive motion would be timely if filed and served on or before July 20, 2007); and
3. The Final Pretrial Conference be rescheduled for September 14, 2007 or such later date as is available on the Court's calendar; and
4. The Trial of this action remain scheduled to begin on October 30, 2007.

IT IS SO STIPULATED.

**LAW OFFICES OF TIM A. PORI**

DATED: June 5, 2007

/S/
_____
Brian Pori
Attorneys for Plaintiff **Donna Grant,
As Executrix of the Estate of George Grant**

IT IS SO STIPULATED.

**POHLS & ASSOCIATES**

DATED: June 5, 2007

_____
Robert R. Pohls
Stacey L. Leask
Attorneys for Defendant
**State Farm Life Insurance Company**

## ORDER

Good cause appearing IT IS SO ORDERED that:

- the expert discovery cut-off is extended to and including July 13, 2007;

In light of the above modifications a conflict now exists with the court's previously set deadlines and the parties proposed dates. Therefore, IT IS FURTHER ORDERED that:

- the last day in which dispositive motions must be heard is extended to September 21, 2007 (any dispositive motion shall comply with Local Rule 78-230);

- the Final Pretrial Conference is reset for Friday, November 30, 2007 at 1:30 p.m.  The joint pretrial statement shall be filed no later than November 21, 2007; and

-  the jury trial is reset January 29, 2008 at 9:00 a.m.

DATED: June 8, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE