**Daniel J. Russo (SBN 077991)**
MORTON & RUSSO, LLP
521 Georgia Street
Vallejo, CA   94590
Tel: (707) 644-4004

**Tim A. Pori (SBN 189270)**
LAW OFFICES OF TIM A. PORI
521 Georgia Street
Vallejo, CA   94590
Tel: (707) 644-4004
Fax: (707) 644-7528

Attorneys for Plaintiff DONNA GRANT

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA GRANT, as Executrix of the Estate of George H. Grant, | Case No.  2:05-CV-02389 FCD/KJM |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S SEPARATE STATEMENT OF UNDISPUTED FACTS** |
| vs. | |
| STATE FARM LIFE INSURANCE COMPANY, | |
| Defendant. _____/ | Hearing Date: 10/12/07<br>Time:          10:00 a.m.<br>Courtroom:   2 |

The above-named parties have stipulated and agreed to a one-day continuance within which Plaintiff may file her Response to Defendant's Separate Statement of Undisputed Facts in the above matter.

The Response is currently ordered to be filed on or before September 17, 2007. Plaintiff's counsel is experiencing technical difficulties and is not able to access the document. Plaintiff's counsel is working to remedy the problem, however, counsel is not sure that the technical difficulties will be resolved in time to finalize and file the document on September

///

///

///

1

1 | 17, 2007. Therefore, counsel is requesting a one day extension, to and including September 18,
2 | 2007, within which to finalize and file the Response.

LAW OFFICES OF TIM A. PORI

Dated: September 17, 2007      By:      /s/ Tim A. Pori
                                        TIM A. PORI
                                        Attorney for Plaintiff

POHLS & ASSOCIATES

Dated: September 17, 2007      By:      /s/ Robert Pohls (Authorized 9/17/07)
                                        ROBERT POHLS
                                        Attorney for Defendant

### **ORDER**

Pursuant to the Stipulation submitted by the parties hereto and good cause appearing therefor,

IT IS HEREBY ORDERED that the time within which Plaintiff may file her Response to Defendant's Separate Statement of Undisputed Facts is extended to and including September 18, 2007.

DATED: September 18, 2007

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2